IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

UNITED STATES OF AMERICA

VS.

FRANKLIN ROBINSON, *et al.*,

Defendants

NO. 5: 07-MJ-07-08 (CWH)

**REMOVAL PROCEEDINGS**
**CASE NO. 1:05-CR-443 — M.D. PA.**

IN RE: **KERRI HUDSON** a/k/a
a/k/a TANIKA WHITEHEAD
A MATERIAL WITNESS

**TO: UNITED STATES MARSHAL FOR THE MIDDLE DISTRICT OF GEORGIA**

## ORDER OF REMOVAL

A warrant having been issued in the **MIDDLE DISTRICT OF PENNSYLVANIA** for the arrest of a MATERIAL WITNESS, **KERRI HUDSON a/k/a TANIKA WHITEHEAD**, and said material witness having been arrested in the MIDDLE DISTRICT OF GEORGIA; at an appearance on July 18th and today before Claude W. Hicks, Jr., UNITED STATES MAGISTRATE JUDGE for the Middle District of Georgia, pursuant to provisions of Rule 5 of the *Federal Rules of Criminal Procedure* and 18 U.S.C. §3144, Ms. Hudson was advised of the purpose of the hearing and of her legal and constitutional rights. She was represented by Mr. Doye E. Green, Jr. of the Macon Bar; the government was represented by Assistant U. S. Attorney Richard S. Moultrie, Jr. Ms. Hudson and her attorney were provided with copies of pertinent documentation, and she admitted her identity.

The court finds that release of Ms. Hudson from the custody of the United States Marshal is not appropriate under the circumstances of this case due to her status as a material witness and the contention that she fled from the district of prosecution. Conditions of release, if appropriate, may be considered by the judicial officer presiding in the **MIDDLE DISTRICT OF PENNSYLVANIA** upon her appearance in that district, the material witness having expressly reserved her right to a Detention Hearing in the **MIDDLE DISTRICT OF PENNSYLVANIA** as well as such other hearings to which she might be entitled.

Accordingly, YOU ARE HEREBY COMMANDED to FORTHWITH remove the said

**KERRI HUDSON a/k/a TANIKA WHITEHEAD** to the **MIDDLE DISTRICT OF**

**PENNSYLVANIA**, and there deliver her to the United States Marshal for that District or to such

other officer authorized to receive her.

SO ORDERED, this 20th day of JULY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE

| RETURN |
|---|

_____District of_____

Received the within warrant of removal on the_____day of_____,

2007 and executed same.

_____
DEPUTY U. S. MARSHAL